**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America,** | ) | **CASE NO. 12CR201** |
| | ) | |
| **Plaintiff-Respondent,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Leandre M. Jeter,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant-Petitioner.** | ) | |

This Court, having issued its Memorandum of Opinion and Order denying petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 14), hereby enters judgment for respondent. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

IT IS SO ORDERED.

                                        */s/ Patricia A. Gaughan*
                                        PATRICIA A. GAUGHAN
                                        United States District Judge

Dated: 7/1/16